UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**TANAJEE MADDOX as Administratrix**
**of the Estate of GARY TERRANCE PORTER,**

        **Plaintiff,**

v.                                             5:19-CV-0678 (NAM/ATB)

**SYRACUSE POLICE OFFICER KELSEY**
**FRANCEMONE sued herein in her capacity**
**as an individual,**

        **Defendant.**

---

## ORDER TO SHOW CAUSE

Upon the Declaration of John G. Powers, Esq., sworn to on the 29th day of March 2022, the exhibits annexed thereto, and the memorandum of law; and upon all prior pleadings and proceedings had herein; and sufficient cause appearing therefor, it is hereby:

**ORDERED** that non-party witness **Carlos Stackhouse** show cause before the Honorable Norman A. Mordue, Senior United States District Court Judge for the Northern District of New York, at 100 South Clinton Street, Syracuse, New York 13261, by submission of papers, on or before April 14, 2022, why an Order should not be issued:

1. holding Mr. Stackhouse in civil contempt for his willful failure to comply with the judicial subpoena duly issued by Chief Magistrate Judge Andrew T. Baxter directing Mr. Stackhouse to appear and testify at the federal courthouse on March 30, 2021 at 9:00 a.m.; and

1

2. entering compensatory and coercive sanctions against Mr. Stackhouse in order to purge said contempt; and

3. granting such other relief as is appropriate under the circumstances;

and it is further

**ORDERED** that service of a copy of this Order to Show Cause, together with a copy of the papers upon which it is based, shall be promptly made by Defendant on Carlos Stackhouse via Federal Express overnight delivery, and that such service be deemed good and sufficient; and it is further

**ORDERED** that service of a copy of this Order to Show Cause, together with a copy of the papers upon which it is based, shall be promptly made by Defendant on Carlos Stackhouse via attorney Edward W. Klein, Esq., and that such service be deemed good and sufficient.

**IT IS SO ORDERED.**

Date:   March 31, 2022
        Syracuse, New York

*[signature]*

Norman A. Mordue
Senior U.S. District Judge