# Exhibit "A"

**conventionally-filed with the Court (*see* Dkt. No. 268)**