

**John G. Powers**
(315) 565-4500
jpowers@hancocklaw.com

October 26, 2024

**VIA ELECTRONIC FILING**

Honorable Brenda K. Sannes
Chief United States District Court Judge
Northern District of New York
James M. Hanley Federal Building
100 S Clinton St.
Syracuse, New York 13261

      Re:    *Maddox v. Francemone*, Civil Case No.: 19-CV-0678 (BKS/ATB)

Dear Chief Judge Sannes,

      I regret to inform the Court that, notwithstanding the support of the Corporation Counsel, Officer Francemone, and the Syracuse Police Department, all of whom maintained the settlement was in the best interests of the Defendant, the City of Syracuse Common Council will not ratify the settlement negotiated by the parties' counsel in good faith at the September 30, 2024 settlement conference. *See* Dkt. No. 344.

      As was expressly referenced with the parties and the Court on that day, Section 5-1103 of the Charter of the City of Syracuse requires that any settlement by the Department of Law that exceeds $5,000 must be approved by the Common Council.

      I have just been informed that all efforts to obtain legislative approval have been exhausted and unsuccessful. I promptly informed opposing counsel, and now inform the Court. I would like to reiterate that this unfortunate turn of events was through no fault of the Defendant or the City's executive branch and is, by all accounts, unprecedented.

      In light of the foregoing developments, I write to request a telephone status conference with the Court to reset the trial date for this matter, and any related deadlines.

      Respectfully submitted,

      Hancock Estabrook, LLP

      John G. Powers

cc:    The Honorable Mitchell J. Katz
       all counsel of record (*via CM/ECF*)

1800 AXA Tower I, 100 Madison Street, Syracuse, New York 13202 | 315.565.4500 | 315.565.4600 | hancocklaw.com