

**MARY L. D'AGOSTINO**
Direct Dial No: (315) 565-4550
mdagostino@hancocklaw.com

November 5, 2024

**VIA ELECTRONIC FILING**

Hon. Brenda K. Sannes
Chief U.S District Court Judge
James M. Hanley Federal Building
100 S Clinton St.
Syracuse, New York 13261

    **Re:**    *Maddox v. Francemone*, Civil Case No.: 5:19-CV-00678 (BKS/MJK)

Dear Chief Judge Sannes,

    In accordance with the Court's directive at the recent telephone conference, both parties have conferred with their respective witnesses and are prepared to proceed with trial on Monday, May 12, 2025.

    Very truly yours,

    HANCOCK ESTABROOK, LLP

    Mary L. D'Agostino

MLD/

CC:    all counsel of record (*via CM/ECF*)