Fred Lichtmacher
The Law Office of Fred Lichtmacher PC
159 West 25th Street Room 510
New York, NY 10001
(212) 922-9066
(646) 318-3806
empirestatt@aol.com

December 9, 2024

Honorable Judge Brenda K. Sannes
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, New York 13261
**Via ECF**

Re:     **Maddox v Francemone 5:19 cv 678 BKS-MJK**

Your Honor:

I am counsel for the Plaintiff in the above-entitled matter.

I request I be able to have a quick ex parte communication with the Court by phone. It is a sensitive topic and I do not want to disclose it to adversary counsel. It is urgent

Respectfully submitted,

/s/

Fred Lichtmacher

cc:     Hancock Estabrook, LLP
Syracuse Corporation Counsel