UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANAJEE MADDOX as Administratrix of the Estate of GARY TERRANCE PORTER,<br><br>                                Plaintiff,<br>   - v -<br><br>SYRACUSE POLICE OFFICER KELSEY FRANCEMONE sued herein in her capacity as an individual,<br><br>                                Defendant. | Civil Action No.: 5:19-CV-0678 (BKS/MJK) |

**<u>DEFENDANT'S PROPOSED REQUEST TO CHARGE THE JURY</u>**

Defendant respectfully submit the following jury instruction in light of the Court's decision regarding Defendant's motion *in limine #3*, which sought to preclude any reference to "homicide" before the Jury.

{H4852758.2}

## **PROPOSED JURY INSTRUCTION**

During the course of this trial, you may have heard or seen the term "homicide." It is important that you understand that "homicide" simply refers to the fact that a person's death resulted from the actions of another. "Homicide" does not indicate criminal wrongdoing, nor does it imply that the death was unlawful.

Homicide can occur in many contexts, including justifiable or lawful circumstances, such as self-defense or actions taken by a law enforcement official in responding to a threat of serious physical harm.

Dated: April 2, 2025
      Syracuse, New York

Respectfully submitted,

HANCOCK ESTABROOK, LLP

By: _____
John G. Powers, Esq. (508934)
Mary L. D'Agostino, Esq. (520301)
Ryan M. Poplawski, Esq. (520238)
1800 AXA Tower I
100 Madison St.
Syracuse, NY 13202
(315) 565-4500

SUSAN KATZOFF, ESQ. – CORPORATION COUNSEL FOR THE CITY OF SYRACUSE

By: Todd M. Long, Esq. (519301)
233 East Washington Street, Room 300
Syracuse, NY 13202
(315) 448-8400

COUNSEL FOR DEFENDANT

{H4852758.2}

{H4852758.2}