

**MARY L. D'AGOSTINO**
(315) 565-4550
mdagostino@hancocklaw.com

May 19, 2025

**VIA ELECTRONIC FILING**

Hon. Brenda K. Sannes, Chief District Judge
James M. Hanley Federal Building
100 S Clinton St.
Syracuse, New York 13261

    Re:    *Maddox v. Francemone*, 5:19-cv-0678-BKS-MJK

Dear Chief Judge Sannes,

    Our office represents Police Officer Kelsey Francemone in connection with the above-referenced matter. We write to provide the Court an update regarding the witness that remain for Defendant's case. We anticipate that the case will proceed as follows:

| Tuesday | Wednesday | Thursday |
|---|---|---|
| Khalil Davis | Sarah Pierce | Michael Primeau |
| Carlos Stackhouse | Timothy MacDerment | |
| Joseph Coolican | Dr. Daniel Reisberg | |
| Evelyn Tennyson | George Hack | |
| Jacob Breen | Ed Flosi | |
| Fred Lamberton | | |
| Jeremy Merola | | |
| Thomas Skardinski | | |

    Despite the number of witnesses Defendant intends to present tomorrow, we anticipate it is likely we will conclude with witness testimony before 5:00 p.m. This timing is partially influenced by the undersigned's scheduling conflict tomorrow, which prevents the calling of two of Wednesday's witnesses a day early.

    Respectfully submitted,

    HANCOCK ESTABROOK, LLP

    Mary L. D'Agostino

MLD/

CC:    all counsel of record (*via electronic filing*)