UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TANAJEE MADDOX, as Administratrix of the
Estate of Gary Terrance Porter,

                Plaintiff,        5:19-cv-00678 (BKS/MJK)

v.

SYRACUSE POLICE OFFICER KELSEY
FRANCEMONE, sued herein in her capacity as an
individual,

                Defendant.

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**VERDICT SHEET**

### Question 1

### Fourth Amendment–Excessive Force

Has Plaintiff proven by a preponderance of the evidence each and every element of its Fourth Amendment claim under 42 U.S.C. § 1983 against Defendant Kelsey Francemone?

Yes ✓  No_____

**If you answered YES in Question 1, proceed to Question 2. If you answered NO to Question 1, your deliberations are complete. The Foreperson should sign and date the final page and inform the Court Security Officer that a unanimous verdict has been reached.**

### Question 2

### Compensatory Damages

What amount, if any, do you award as damages in connection with Plaintiff's Fourth Amendment Claim under 42 U.S.C. § 1983 against Defendant Kelsey Francemone? (Please Note: If you find that the Plaintiff has established its claim but that the Plaintiff has failed to prove by a preponderance of the evidence that Mr. Porter suffered any actual damages, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

Conscious pain and suffering  $ 10,000.— (ten thousand dollars)
Loss of enjoyment of life     $ 0

**Proceed to Question 3**

## Question 3

### Punitive Damages

Do you find that Plaintiff is entitled to an award of punitive damages in connection with its Fourth Amendment claim under 42 U.S.C. § 1983 against Defendant Kelsey Francemone?

Yes_____   No___✓___

**The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.**

**Foreperson:** ██████████████████   **Date:** ___5·23·2025___