UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TANAJEE MADDOX as Administratrix of the Estate of Gary Terrance Porter,

   Plaintiff,

v.

SYRACUSE POLICE OFFICER KELSEY FRANCEMONE, sued herein in her capacity as an individual,

   Defendant.

5:19-cv-00678 (BKS/MJK)

---

**Hon. Brenda K. Sannes, United States District Judge:**

SUPPLEMENTAL JURY INSTRUCTION

  Based on your verdict, the Court must rule on an affirmative defense raised by the Defendant for which I require your assistance in making some related factual findings.  I am therefore going to ask you to answer a series of factual questions or special interrogatories.  You will notice that these questions ask you whether the <u>Defendant</u> has established certain facts by a preponderance of the evidence, where as your prior verdict reflected a decision as to whether the <u>Plaintiff</u> satisfied its burden of proof by a preponderance.  You need not concern yourself with why the burden of proof is different with respect to these special interrogatories; but you should determine whether the <u>Defendant</u> established the facts which are the subjects of these questions, as posed.

  Your responses to these special interrogatories must reflect your unanimous agreement as to each answer. After you have answered these questions, your foreperson should sign and date the special interrogatory form and advise the court security officer that you have completed it.