# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

TANAJEE MADDOX as Administratrix of the Estate of Gary Terrance Porter,

        Plaintiff,

v.

SYRACUSE POLICE OFFICER KELSEY FRANCEMONE, sued herein in her capacity as an individual,

        Defendant.

5:19-cv-00678 (BKS/MJK)

**Hon. Brenda K. Sannes, United States District Judge:**

## SPECIAL INTERROGATORIES

**The Defendant has the burden of proving the facts set forth below by a preponderance of the evidence. Your answers to these special questions must be unanimous, so unless all of you agree, you may not return an answer to the question.**

Did Defendant Kelsey Francemone prove by a preponderance of the evidence:

1. that Mr. Porter had a firearm at some point during the incident?
   Yes ✓  No ___

2. that she had a reasonable, even if mistaken, belief that Mr. Porter was one of the individuals discharging a weapon near the black Chevrolet Malibu in the Stone Court Parking Lot?

   Yes ✓  No ___

3. that she had a reasonable, even if mistaken, belief that Mr. Porter had a firearm on his person before she discharged her last two shots?

   Yes ✓  No ___

**The Foreperson should sign and date this Special Interrogatories form and inform the Court Security Officer that the form has been completed.**

**Foreperson:** ███████████████

**Date:** 5·23·2025