Fred Lichtmacher<br>
The Law Office of Fred Lichtmacher PC<br>
159 West 25th Street Room 510<br>
New York, NY 10001<br>
(212) 922-9066<br>
empirestatt@aol.com

May 27, 2025

Honorable Judge Brenda K. Sannes
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, NY 13261
**Via ECF**

                         **Re:**      **Maddox v Francemone 5:19 cv 678 BKS-MJK**

Your Honor:

       I am co-counsel for the plaintiff in the above-entitled matter. I request plaintiff be given four weeks from today until June 24 to respond to the special interrogatories and their potential effect on the verdict. I have a very large trial coming up in the Eastern District of New York and I need to pay attention to both this and that matter simultaneously.

                                                     Respectfully submitted,

                                                                 /s/

                                                       Fred Lichtmacher

cc:      John G. Powers Hancock Estabrook LLP
          **via ECF**